JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TONEY ALFONSO JOHNSON, | Case No. 2:24-cv-06065-ODW-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| NURSE LORRY (LORI), | |
| Defendant. | |

Pursuant to the Order Dismissing Action Pursuant to 28 U.S.C. § 1915(g), IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: October 4, 2024_____       _____

OTIS D. WRIGHT, II
United States District Judge